Claude H. Black, by Enoch E. Black, appellee, v. James E. Bennett et al., appellants. Gen. No. 6,934.

Assumpsit for money had and received brought under Criminal Code, sec. 132 (Cahill's Ill. St. ch. 38, ¶ 308), to recover money alleged to have been lost in gambling. Judgment for plaintiff. Appeal by defendants from the Circuit Court of McDonough county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922. Rehearing denied April 20, 1923.

Moses, Rosenthal & Kennedy, Flack, Flack & Kerman and Miller & Walker, for appellants; Walter Bachrach and Hirsch E. Soble, of counsel. John C. Lawyer, for appellee.

Per Curiam.

---

The People of the State of Illinois, defendant in error, v. Clare Holman, plaintiff in error. Gen. No. 7,058.

Prosecution for having possession of a still without a permit. Defendant convicted. Error to the Circuit Court of Carroll county; the Hon. Oscar E. Heard, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922.

John L. Brearton, for plaintiff in error. John R. Connell, for defendant in error.

Per Curiam.

---

Albert Fowler et al., appellees, v. William C. DeWolf, appellant. Gen. No. 7,067.

Injunction granted to restrain the prosecution by appellant of suits against the purchasers at an auction of hay belonging to appellant and his tenant, and paid for by them to the clerk after notice by appellant not to do so. Appeal from the Circuit Court of Boone county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

Charles W. Ferguson, for appellant. Alexander J. Strom, for appellees.

Per Curiam.

---

## THIRD DISTRICT.

---

Ralph Bradford, by Claude Bradford, appellee, v. J. G. Fisher, appellant.

Action for personal injuries received by plaintiff when run over by an automobile driven by defendant. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed July 10, 1922.

Jinkins & Jinkins, for appellant; Ralph M. Jinkins, of counsel. David Allison and Graham & Dysert, for appellee; Thomas A. Graham, of counsel.

Mr. Justice Niehaus delivered the opinion of the court.